UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD B. FOX,<br><br>    Plaintiff,<br><br>    v.<br><br>HCA HOLDINGS INC.,<br><br>    Defendant. | Case No. 5:15-cv -02073 LHK<br><br>[PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE |

The Case Management Conference scheduled for December 2, 2015 is vacated.

IT IS SO ORDERED.

DATED: November 23, 2015

_____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE