UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD B. FOX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HCA HOLDINGS INC.,<br><br>　　　　Defendant. | Case No. 5:15-cv -02073 LHK<br><br>[PROPOSED] ORDER DISMISSING COMPLAINT WITH PREJUDICE |

On November 4, 2015, the Court granted the motion of Defendant HCA Holdings Inc. to dismiss the First Amended Complaint. The Court granted the motion, dismissing the Rule 60(d) claim with prejudice and the RICO claim with 30 days leave to amend. Plaintiff Richard B. Fox has elected not to file an amended complaint.

Plaintiff's RICO claim is hereby dismissed with prejudice, and Plaintiff's First Amended Complaint is DISMISSED in its entirety.

IT IS SO ORDERED.

DATED: November 23, 2015

_____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

16224.001 3310215v3                                                                                           5:15-cv -02073 HRL