UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD B. FOX,<br><br>    Plaintiff,<br><br>    v.<br><br>HCA HOLDINGS INC.,<br><br>    Defendant. | Case No. 5:15-cv -02073 LHK<br><br>[PROPOSED] JUDGMENT |

The Court having dismissed the First Amended Complaint with prejudice, judgment is hereby entered in favor of Defendant HCA Holdings Inc., and against Plaintiff Richard B. Fox.

The Clerk shall close the case file.

IT IS SO ORDERED.

DATED: November 23, 2015

_____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE